UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Andrew Quinn,                                                  Civ. No. 20-1591 (PAM/KMM)

        Plaintiff,

v.                                                                              **ORDER**

Justice Department Office of Civil Rights;
U.S. Department of Justice; Walgreen;
Allied Universal; and Union Depot,

        Defendants.

---

This matter comes before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Katherine M. Menendez dated August 25, 2020. The R&R recommends that Plaintiff Andrew Quinn's Complaint be dismissed without prejudice. Quinn failed to file objections to the R&R in the time period permitted.

The Court need only evaluate de novo those portions of an R&R to which specific objections are made. D. Minn. L.R. 72.2(b)(3). Having failed to object, Quinn has waived any argument that the R&R's conclusions are incorrect. Nonetheless, the R&R correctly concludes that Quinn's Complaint is insufficient to state any claim.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 4) is **ADOPTED**; and

2. Plaintiff Andrew Quinn's Complaint (Docket No. 1) is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 11, 2020         *s/ Paul A. Magnuson*
                                  Paul A. Magnuson
                                  United States District Court Judge